UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                               CASE NO: 8:13-cr-160-T-30EAJ

JAMES ARTHUR GOETZ
_____

## **ORDER**

THIS CAUSE comes before the Court upon the Defendant's Motion for Waiver of Speedy Trial (Dkt. #36) and Affidavits (Dkts. #37, #38). Upon review and consideration, it is

ORDERED AND ADJUDGED that, in the ends of justice, the Defendant's Motion for Waiver of Speedy Trial (Dkt. #36) is GRANTED, and the period of August 16, 2013, to September 19, 2013, is excluded from the running of the speedy trial period.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of August, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cr-160 waive speedy trial.docx