UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA

v.     CASE NO. 8:13-cr-160-T-30EAJ

JAMES ARTHUR GOETZ

## FORFEITURE MONEY JUDGMENT

The United States moved for a forfeiture money judgment (Doc. 47) against defendant James Arthur Goetz in the amount of $378,700.00, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Being fully advised in the premises, the Court finds that the United States has established that the defendant obtained $378,700.00 in proceeds as a result of the scheme to defraud involving mail and wire fraud offenses, in violation of 18 U.S.C. §§ 1341 and 1343, for which the defendant has been convicted in Counts One and Six of the indictment. Accordingly, it is hereby

**ORDERED** that for good cause shown, the United States' motion (Doc. 47) is GRANTED.

It is FURTHER **ORDERED** that, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, defendant James Arthur Goetz is liable to the United States of America for a forfeiture money judgment in the amount of $378,700.00, which represents the amount of proceeds the defendant received as a result of the mail and wire

fraud scheme for which he was convicted as charged in Counts One and Six of the Indictment.

In accordance with the defendant's Plea Agreement (Doc. 39, at 9) and Rule 32.2(b)(4), Federal Rules of Criminal Procedure, this order of forfeiture will be final as to the defendant at the time it is entered.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the defendant, which the United States is entitled to seek as substitute assets under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), up to and including the amount of the $378,700.00 forfeiture money judgment, and to address any third party claim that may be asserted in these proceedings.

**ORDERED** in Tampa, Florida, on December 19th, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties/Counsel of Record

F:\Docs\2013\13-cr-160 Goetz fmj 47.docx