UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

-----------------------------------------------------------------x

UNITED STATES OF AMERICA,

    - against -

JAMES ARTHUR GOETZ,

    Defendant.

-----------------------------------------------------------------x

MOTION FOR CONTINUANCE

Case No. 8:13-CR-160(JSM)

**PLEASE TAKE NOTICE** that the undersigned, with the consent of Assistant United States Attorney Donald L. Hansen, Esq., Senior Litigation Counsel, United States Attorneys Office, Middle District of Florida, Tampa Division, who is prosecuting this matter, will move this Court before the Honorable James S. Moody, United States District Judge, at the United States District Court, Middle District of Florida, Tampa Division, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602, as soon as counsel may be heard for an Order:

    A.    Continuing Defendant James Arthur Goetz' sentence proceeding from May 14, 2014, until September 18, 2014, and;

    B.    For such other and further relief as to the Court may deem just and proper.

**WHEREFORE**, it is respectfully requested that an Order directing the relief requested in this Motion, or any part thereof, together with such other and further relief as to this Court may seem just and proper be granted.

Dated: New York, New York
       May 6, 2013

                                              **ARNOLD N. KRISS**
                                              Law Offices of Arnold N. Kriss
                                              Attorney for Defendant
                                              JAMES ARTHUR GOETZ
                                              Office & P.O. Address
                                              123 William Street, 22nd Floor
                                              New York, New York 10038
                                              (212) 577-2000