**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
-------------------------------------------------------------------x

**UNITED STATES OF AMERICA,**

       - against -                         **AFFIDAVIT**

**JAMES ARTHUR GOETZ,**              **Case No. 8:13-CR-160(JSM)**

             **Defendant.**
-------------------------------------------------------------------x


| | |
|---|---|
| **STATE OF NEW YORK** | ) |
| | ss: |
| **COUNTY OF NEW YORK** | ) |


       **ARNOLD N. KRISS**, being duly sworn, deposes and says:

       1.      I maintain a law office at 123 William Street, 22nd Floor, New York, New York 10038, telephone (212) 577-2000, facsimile (212) 577-2138, and e-mail akriss@lawkriss.com.

       2.      I am an attorney duly licensed to practice law in the Courts of the State of New York, in the United States Court of Appeals-2nd Circuit, United States District Courts of the Eastern and Southern Districts of New York.

       3.      Defendant James Arthur Goetz has retained me as his counsel, *Pro Hac Vice*, concerning this matter and I am representing him pursuant to a motion granted by this Court on May 14, 2013, in accordance with this Court's Local Rule 2.02(a) Special Admission To Practice.

       4.      Mr. Goetz's above-captioned criminal matter is presently pending under Case No. 8:13-CR-160 (JSM).

       5.      Mr. Goetz was indicted in connection with mail and wire fraud in the above-captioned matter. 18 *USC* § 1341 and 1343.

6. On May 14, 2013, a Waiver of Personal Appearance at Arraignment and an Entry of a Plea of Not Guilty was granted by Magistrate Judge Elizabeth A. Jenkins. This matter was scheduled for a conference on June 13, 2013, before this Court, which was adjourned based upon a previously filed Motion on behalf of Mr. Goetz by Defense Counsel and the Joint Status Report filed with this Court on or about June 15, 2013.

7. On September 25, 2013, Mr. Goetz entered a plea of guilty before Magistrate Judge Elizabeth A. Jenkins, pursuant to a written plea agreement, to two counts of the subject Indictment, Count 1, Mail Fraud, 18 *USC* § 1341 and Count 6, Wire Fraud, 18 *USC* § 1343.

8. The basis for this Joint Motion of the government and defense counsel is that Mr. Goetz is cooperating in an on-going federal criminal investigation in another federal district.

9. Mr. Goetz has also been debriefed by federal law enforcement officials on September 25, 2013, after he entered his plea of guilty before Magistrate Jenkins, and on December 19, 2013, he was debriefed again by federal law enforcement officials. He has continued to supply documents to federal law enforcement officials and there was an additional recent request to debrief Mr. Goetz by another law enforcement agency.

10. In a conversation with the assigned Assistant United States Attorney Donald L. Hansen, Esq., Senior Litigation Counsel, United States Attorneys Office Middle District of Florida, Tampa Division, who is prosecuting this matter, it is agreed, subject to this Court's decision, that the sentence proceeding be adjourned from May 14, 2014, to September 18, 2014, to permit Mr. Goetz and the federal law enforcement officials to continue with their investigation and bring it to conclusion.

11. Mr. Goetz is presently released on a $50,000.00 secured bond with pre-trial supervision.

12.     Additionally, defense counsel requests until September 4, 2014, to submit to the United States Department of Probation any comments concerning Mr. Goetz' presentence investigation report.

13.     I have also discussed this matter with Mr. Goetz and he has agreed to continuing his case until September 18, 2014.

**WHEREFORE**, it is respectfully requested that an Order directing the relief requested in this Motion, or any part thereof, together with such other and further relief as to this Court may seem just and proper be granted.

_____
**ARNOLD N. KRISS**

Sworn to before me this
6th day of May, 2014.

_____
Notary Public

PAULA A. EARLY
Notary Public, State of New York
No. 01EA4910146
Qualified in Nassau County
Commission Expires 11/2/17